THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BARBARA GRAHAM,<br><br>                    Plaintiff,<br><br>    v.<br><br>NEW YORK LIFE INSURANCE COMPANY,<br><br>                    Defendant. | Case No. 3:25-cv-05483 DGE<br><br>**NOTICE OF APPEARANCE**<br><br>***[CLERK'S ACTION REQUIRED]*** |

TO:        CLERK OF THE COURT;

AND TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, without waiving any defenses or objections including, but not limited to, those regarding service of process, jurisdiction, or venue, D. Michael Reilly, Sean D. Jackson, and the law firm of Ballard Spahr LLP hereby appear on behalf of defendant New York Life Insurance Company in the above-entitled action and request that all further papers and pleadings, except original process be served upon the undersigned attorneys at their offices located at 1301 Second Avenue, Suite 2800, Seattle, WA 98101

/ / /

/ / /

/ / /

NOTICE OF APPEARANCE – 1
CASE NO. 3:25-CV-05483 DGE

#4927-3222-8431 v1/133274.01/00443850

**BALLARD SPAHR LLP**
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808
Telephone: 206.223.7000
FAX:206.223.7107

DATED: June 18, 2025

BALLARD SPAHR LLP

By *s/D. Michael Reilly*
D. Michael Reilly, WSBA No. 14674
reillym@ballardspahr.com

By *s/Sean D. Jackson*
Sean D. Jackson, WSBA No. 33615
jacksons@ballardspahr.com

1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808
Telephone: 206.223.7000
Facsimile: 206.223.7107

Attorneys for Defendant

NOTICE OF APPEARANCE – 2
CASE NO. 3:25-CV-05483 DGE

BALLARD SPAHR LLP
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808
Telephone: 206.223.7000
FAX:206.223.7107

#4927-3222-8431 v1/133274.01/00443850